UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRAIG JOSEPH AUCOIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-110** |
| **TERREBONNE PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the Chief United States Magistrate Judge, and the objection by plaintiff, Craig Joseph Aucoin, which is hereby **OVERRULED**, approves the Partial Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that that plaintiff Craig Joseph Aucoin's 42 U.S.C. § 1983 claims against defendants Terrebonne Parish Sheriff's Office and the Terrebonne Parish Consolidated Government be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Aucoin's § 1983 claims of medical indifference against Dr. Richard Haydel be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Aucoin's § 1983 claims arising from Aucoin's temporary sleeping accommodations from February 8-14, 2020, one missed meal on March 17, 2020, ineffective and inconvenient grievance process, challenges to the March 17, 2020

disciplinary violations and 10-day sentence for cursing at Deputy Billiot, and the incomplete commissary order on December 3, 2020, against defendants, Sheriff Jerry Larpenter, Colonel Terry Daigre, Sheriff Tim Soignet, Major Bergeron, Warden Rhonda Ledet, Lt. Schwausch, Mr. Richard "Petie" Neal, Lt. Theriot, Lt. Harris, and Deputy Adam Billiot, be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Aucoin's remaining § 1983 claims of retaliation for using the grievance procedure, denial of access to a wheelchair, shower, recreation time, and assistance to a toilet while in the disciplinary cell beginning March 17, 2020, and denial of access to his wheelchair which caused his fall on September 3, 2020, and denial of assistance to the toilet after his fall on September 3, 2020, against remaining defendants, Sheriff Larpenter, Colonel Daigre, Sheriff Soignet, Major Bergeron, Warden Ledet, Lt. Schwausch, Mr. Neal, Lt. Theriot, Lt. Harris, and Deputy Billiot, remain **REFERRED** to Chief Magistrate Judge Karen Wells Roby for further proceedings.

New Orleans, Louisiana, this 24th day of May, 2021.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**