## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRAIG JOSEPH AUCOIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-110** |
| **TERREBONNE PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION "I"(4)** |

### O R D E R

Considering defendant Richard Neal's Motion to Withdraw Motion to Dismiss (ECF No. 30),

**IT IS ORDERED** that the defendants' **Motion to Dismiss Pursuant to FRCP 12(b)(6) for Failure to State a Claim (ECF No. 15)** is **WITHDRAWN** as to all movants without prejudice to defendant Neal's ability to proceed with his other pending Motion to Dismiss (ECF No. 27).

**IT IS FURTHER ORDERED** that the withdrawn motion (ECF No. 15) shall be terminated and removed from the Court's calendar.

New Orleans, Louisiana, this  17th  day of June, 2021.

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**