UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRAIG JOSEPH AUCOIN** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 21-110** |
| **TERREBONNE PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION "I"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the objection[2] by plaintiff, Craig Joseph Aucoin, which is hereby **OVERRULED,** approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Craig Joseph Aucoin's 42 U.S.C. § 1983 claims against the defendant, Richard Neal, medical director, are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 19th day of August, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

1 Rec. Doc. No. 38
2 Rec. Doc. No. 42